# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMEION D. WYATT,

    Defendant.

Case No. 18-CR-85-JPS

**ORDER**

    On April 24, 2018, the grand jury returned a ten-count indictment against Defendant, charging him with violations of 18 U.S.C. §§ 2, 1591(a)(1), 1591(b)(1), 1591(b)(2), 1591(d), 1594(a), 2421(a), 2423(a). (Docket #1). On June 7, 2019, the government filed an information charging Defendant with one count of sex trafficking in violation of 18 U.S.C. § 1594(c). (Docket #41). Defendant waived his right to prosecution by indictment. (Docket #40 at 1). The parties have filed a plea agreement, indicating that Defendant has agreed to plead guilty to the single count in the information. *Id.* at 2.

    Therefore, the Court will order that a plea colloquy be held in accordance with Federal Rule of Criminal Procedure 11(b) before the assigned magistrate judge, William E. Duffin. Magistrate Judge Duffin will thereafter issue a report and recommendation to this Court addressing the advisability of accepting Defendant's proposed guilty plea. Gen. L.R. 72(a); Fed. R. Crim. P. 59(b)(1); 28 U.S.C. § 636(a)(1), (b)(1)(B); *United States v. Harden*, 758 F.3d 886, 891 (7th Cir. 2014). Magistrate Judge Duffin will schedule the plea colloquy hearing by separate notice.

Accordingly,

**IT IS ORDERED** that a Federal Rule of Criminal Procedure 11(b) plea colloquy be held before Magistrate Judge William E. Duffin, who will thereafter issue a report and recommendation to this Court on the advisability of accepting Defendant's proposed guilty plea.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge